Miss O. Leroy was indicted for unlawfully operating a disorderly house, and, from judgment sustaining demurrer to the indictment, the State appeals. Judgment set aside, and case remanded.

A. V. Coco, Atty. Gen., Lal C. Blanchard, Dist. Atty., of Shreveport (Vernon A. Coco, of New Orleans, of counsel), for the State. Levy & Crane, of Shreveport, for appellee.

PROVOSTY, J. The question in this case is as to whether the indictment charges an offense. It reads:

"Unlawfully did operate a disorderly house in Shreveport, Caddo parish, La., by then and there keeping, renting, and operating a room in the Youree Hotel for the purpose of assignation and prostitution, which room and house aforesaid is outside the limits fixed by municipal ordinance for houses of that character."

Section 908 of the R. S. reads:

"Whoever shall be guilty of keeping any disorderly inn, tavern, ale house, tippling house, gaming house, or brothel, shall suffer fine or imprisonment, or both, at the discretion of the court," etc.

Act No. 199, p. 395, of 1912, § 1, reads:

"Any house of public entertainment, or a public resort, or open to the public, conducted in such a manner as to disturb the public peace and quiet of the neighborhood; * * * or any house used for purposes of prostitution or assignation outside the limits fixed by municipal ordinance for houses of that character; provided, that the use of any room, or any part of a building for any of the purposes, or in any of the ways hereinabove enumerated, shall constitute such rooms or such part a disorderly house."

The indictment appears to us to charge the crime which said section 908, as amplified by said act 199, denounces.

The judgment appealed from, which sustained a demurrer to the indictment, is set aside, and the case is remanded for trial.

---

(78 South. 442)

No. 21312.

ARNOLD et al. v. SAUER.

(April 1, 1918.)

*(Syllabus by Editorial Staff.)*

TAXATION ⊕=734(7)—SALE—NOTICE OF DELINQUENCY.

Where no notice of delinquency was served on the owner, the tax sale was a nullity.

Appeal from Twenty-Fifth Judicial District Court, Parish of Tangipahoa; W. S. Rownd, Judge.

Suit by J. B. Arnold and H. E. Carroll against Mrs. Lillian Thompson Sauer. From judgment dismissing the suit, plaintiffs appeal. Affirmed.

R. C. & S. Reid, of Amite, for appellants. Miller, Miller & Fletchinger, of New Orleans, for appellee.

PROVOSTY, J. The property of defendant, Mrs. Lillian Thompson Sauer, was assessed in 1905, to "Mrs. William Thompson," and was sold to plaintiffs in 1906 under said assessment. Plaintiffs have brought the present suit to confirm the tax title. No notice of delinquency was served on defendant, hence the tax sale was a nullity; and as she has been continuously in the actual possession of the property, prescription cannot be invoked against her.

The judgment dismissing the suit is affirmed.